# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| VGXI, INC. | § | |
| | § | |
| *Plaintiff*, | § | |
| vs. | § | CIVIL ACTION NO. 4:19-cv-04761 |
| | § | |
| ALDEVRON LLC, | § | |
| | § | JURY TRIAL DEMANDED |
| *Defendant*. | § | |

## JOINT STATUS REPORT

Pursuant to the Court's July 5, 2022 Order (Dkt. No. 107), directing the Parties to jointly report the status of the arbitration, the Parties submit this Joint Status Report.

- The arbitration process continues to progress.
- On July 18, 2022, the parties identified patent terms to be construed. The parties will serve opening claim construction briefs on October 14, 2022, and reply briefs on November 11, 2022.
- Since the parties served the last joint status report (Dkt. No. 106), several conflicts have been identified which have resulted in scheduling changes. The Panel has now scheduled the claim construction hearing for December 13 and 14, 2022, and the final evidentiary hearing for the weeks of September 11 and 18 of 2023.
- The Parties propose to supplement this report to the Court within 90 days, on or before December 29, 2022.

Dated: September 30, 2022

*/s/ Robert Scott*
Robert Scott (SBN 17911800)
Domingo M. LLagostera (SBN 24070157)
BLANK ROME, LLP
717 Texas Avenue, Suite 1400
Houston, TX 77002

*/s/ J. David Cabello*
J. David Cabello
*Attorney-in-charge*
SBN No. 03574500
S.D. Tex. Bar No. 3514
CABELLO HALL ZINDA, PLLC

Telephone: (713) 228-6601
Facsimile: (713) 228-6605
bob.scott@blankrome.com
dllagostera@blankrome.com

Daniel E. Rhynhart (admitted *pro hac vice*)
Daniel S. Morris (admitted *pro hac vice*)
BLANK ROME, LLP
One Logan Square, 130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 832-5371
Rhynhart@blankrome.com
Morris-d@blankrome.com

*Attorneys for Plaintiff VGXI, Inc.*

801 Travis, Suite 1610
Houston, TX 77002
David@chzfirm.com
Tel: 832-631-9990
Fax: 832-631-9991

Dane H. Butswinkas (admitted *pro hac*)
David S. Blatt (admitted *pro hac*)
Dov P. Grossman (admitted *pro hac*)
C. Bryan Wilson (S.D. Tex. Bar No. 954857)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
*dbutswinkas@wc.com*
*dblatt@wc.com*
*dgrossman@wc.com*
*cwilson@wc.com*

John P. Hanish (admitted *pro hac*)
Kevin J. Culligan (admitted *pro hac*)
John M. Hintz (admitted *pro hac*)
MAYNARD, COOPER & GALE, P.C.
The Fred F. French Building
551 Fifth Avenue, Suite 2000
New York, NY 10176
Tel: 646.609.9280
Fax: 646.609.9281
jhanish@maynardcooper.com
kculligan@maynardcooper.com
jhintz@maynardcooper.com

*Attorneys for Defendant Aldevron LLC*

Telephone: (713) 228-6601
Facsimile: (713) 228-6605
bob.scott@blankrome.com
dllagostera@blankrome.com

Daniel E. Rhynhart (admitted *pro hac vice*)
Daniel S. Morris (admitted *pro hac vice*)
BLANK ROME, LLP
One Logan Square, 130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 832-5371
Rhynhart@blankrome.com
Morris-d@blankrome.com

*Attorneys for Plaintiff VGXI, Inc.*

801 Travis, Suite 1610
Houston, TX 77002
David@chzfirm.com
Tel: 832-631-9990
Fax: 832-631-9991

Dane H. Butswinkas (admitted *pro hac*)
David S. Blatt (admitted *pro hac*)
Dov P. Grossman (admitted *pro hac*)
C. Bryan Wilson (S.D. Tex. Bar No. 954857)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
*dbutswinkas@wc.com*
*dblatt@wc.com*
*dgrossman@wc.com*
*cwilson@wc.com*

John P. Hanish (admitted *pro hac*)
Kevin J. Culligan (admitted *pro hac*)
John M. Hintz (admitted *pro hac*)
MAYNARD, COOPER & GALE, P.C.
The Fred F. French Building
551 Fifth Avenue, Suite 2000
New York, NY 10176
Tel: 646.609.9280
Fax: 646.609.9281
jhanish@maynardcooper.com
kculligan@maynardcooper.com
jhintz@maynardcooper.com

*Attorneys for Defendant Aldevron LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022 I caused the foregoing Joint Status Report to be served upon all counsel of record via the CM/ECF system pursuant to LR5.1.

*/s/John Watkins*
John Watkins
Paralegal
Cabello Hall Zinda, PLLC