UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

ENTERED
October 04, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| VGXI, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-19-4761 |
| | § | |
| Aldevron, LLC, | § | |
| | § | |
| Defendant. | § | |

## Order to Report

Since arbitration is still ongoing, the parties must jointly report the status of this case and the next steps to advance this litigation by December 29, 2022, per their agreement.[1]

Signed on October 3, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge

---

[1] See [Doc. 108].